UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tricia Lerohl a/k/a Patricia Lerohl,

Plaintiff,

v.

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an individual and an employer,

Defendants.

Civil No. 00-1494 DDA/FLN

**STIPULATION AND ORDER FOR LEAVE FOR FIRST AMENDED COMPLAINT**

The Parties to the above-captioned matter, through the undersigned counsel do hereby stipulate that Plaintiff shall be permitted to amend her Complaint as set forth in the First Amended Complaint attached hereto and made a part hereof, and it is hereby served and filed.

By the Court: It is so ordered.

Dated: 10/23/00

Franklin L. Noel
United States Magistrate Judge

***

Attorneys for Plaintiff

Dated: September 29, 2000

By: Jill Clark, Esq.
Jill Clark, P.A.
2005 Aquila Ave. No.
Golden Valley, MN 55427
(763) 417-9102

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK _____

Attorneys for Defendants

Dated: October 6, 2000

By: Sandra Conroy, Esq.
Halleland, Lewis, Nilan,
Sipkins & Johnson
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-450[illegible]
(612) 204-4118