**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil Case No. 001494-DDA/FLN

Tricia Lerohl a/k/a Patricia Lerohl,

Plaintiffs,

vs.

**AMENDED SCHEDULING ORDER**

Friends of Minnesota Sinfonia d/b/a Minnesota Sinfonia; and Jay Fishman, an Individual,

Defendants.

---

1. Discovery/Non-Dispositive Motions

   a. All discovery shall be commenced in time to be completed by October 15, 2001.

   b. No more than one Rule 35 medical examination shall be taken and shall be completed on or before October 1, 2001.

   c. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by October 15, 2001.

2. Expert Disclosure and Discovery

   a. Disclosure of the identity and report of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

      1. By plaintiff on or before October 1, 2001.

      2. By defendant on or before November 1, 2001.

FILED 8-30-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. Dispositive Motions

a. All dispositive motions shall be filed and scheduled for hearing prior to November 15, 2001.

4. Mediation

a. The parties will mediate this case on or before September 15, 2001.

5. Trial

a. This case shall be ready for trial on and after December 10, 2001, at which time it will be placed on the court's jury trial calendar.

All other aspects of the Pretrial Schedule dated September 11, 2000 are unchanged.

Dated: August 29, 2001

Franklin L Noel

Magistrate Judge Franklin Noel
Judge of United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500