UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tricia Lerohl,

Plaintiff,

v.

Friends of Minnesota Sinfonia
and Jay Fishman,

Defendants.

Civil No. 00-1494 DDA/FLN

**ORDER**

---

Jill Clark, Esq., for Plaintiff.
Kelly Putney, Esq., for Defendants.
Michael J. Tomsche, Attorney for Midwest Family Insurance Company.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on November 13, 2001, on Plaintiff's Motion to Enforce Settlement Agreement [#60].

It appears from the record before the Court that no agreement was reached between the Plaintiff and the Defendants. Although a tentative agreement to dismiss only the defamation claim in exchange for $5,000 was made between the Plaintiff and an insurance company to which the defense had been tendered, the agreement was conditioned upon both sides' review of the insurance policy at issue. When Plaintiff failed to confirm her decision to proceed with the agreement by September 4, as requested by the insurance company, the company withdrew its offer to settle upon those terms. When Plaintiff's lawyer wrote two days later to the insurance company saying she needed more time to study the policy, the offer had already been withdrawn. Her later decision to accept the $5,000 to dismiss the defamation claim was ineffective, because the offer had been withdrawn, before it was accepted.

FILED 11-15-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement [#60] is **DENIED**.

DATED: November 15, 2001

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500