**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRICIA LEROHL a/k/a PATRICIA LEROHL

Plaintiff,

vs.

FRIENDS OF MINNESOTA SINFONIA d/b/a MINNESOTA SINFONIA; and JAY FISHMAN, an individual and an employer,

Defendants.

Civil No. 00-1494 DDA/FLN

**ORDER**

---

Jill Clark, P.A., by JILL CLARK, Minneapolis, Minnesota, for Plaintiff.

Bassford Remele, P.A., by FREDERICK E. FINCH, Minneapolis, Minnesota, for Defendants.

---

On September 17, 2003, this Court ordered this case remanded to state court but stayed that remand pending disposition of Plaintiff Tricia Lerohl's petition for certiorari in the United States Supreme Court. The United States Supreme Court denied Lerohl's petition on November 3, 2003. For that reason, and based on all the records and proceedings in the case, **IT IS HEREBY ORDERED THAT:**

1. The stay of the remand in this case ordered on September 17, 2003, is lifted.

2. The Clerk shall remand this case to the Hennepin County District Court of the State of Minnesota in accordance with the terms of the Court's September 17, 2003, Order.

Dated: November 25, 2003

[signature]

DONALD D. ALSOP, Senior Judge
United States District Court

FILED NOV 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______